# Exhibit 1

**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**MDL-____- IN RE: HOTEL INDUSTRY SEX TRAFFICKING LITIGATION**

**LIST OF MOVANTS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:**<br>H.H.<br><br>**Defendants:**<br>G6 Hospitality LLC; Wyndham Hotels and Resorts, Inc.; Shahil, LLC; Northland Hotel, Inc. | Southern District of Ohio (Columbus) | 2:19-cv-00755 | Algenon L. Marbley |
| **Plaintiff:**<br>M.A.<br><br>**Intervenor Plaintiff:**<br>American Family Insurance Company; Nationwide Property & Casualty Insurance Company; Nationwide Mutual Fire Insurance Company<br><br>**Defendants:**<br>Wyndham Hotels & Resorts, Inc.; Inter-Continental Hotels Corp.; Choice Hotels International, Inc.; S&S Airport Motel, LLC (d/b/a Days Inn by Wyndham Columbus Airport); First Hotel Management LLC (d/b/a Days Inn by Wyndham Columbus East Airport); Krrish Lodging, LLC (d/b/a Days Inn by Wyndham Grove City Columbus South); Columbus Hospitality, LLC (d/b/a Crowne Plaza Columbus – Downtown, an IHG Hotel); TJM Columbus, LLC (d/b/a Crowne Plaza Columbus North – Worthington, an IHG Hotel); Buckeye Hospitality, Inc. (d/b/a Comfort Inn North Conference Center) | Southern District of Ohio (Columbus) | 2:19-cv-00849 | Algenon L. Marbley |
|  |  |  |  |

1

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Jane Doe C.D.<br><br>**Defendants:**<br>R-Roof Asset, LLC (d/b/a Red Roof PLUS+ Boston-Framingham); Red Roof Inns, Inc.; Ambach Corp. (d/b/a Marshfield Inn) | Massachusetts (Boston) | 1:19-cv-11192 | Nathaniel M. Gorton |
| **Plaintiff:**<br>A.B.<br><br>**Defendants:**<br>Marriot International, Inc. | Eastern District of Pennsylvania (Philadelphia) | 1:19-cv-05770 | Mark A. Kearney |
| **Plaintiff:**<br>V.G.<br><br>**Defendants:**<br>G6 Hospitality LLC | Northern District of New York | 5:00-at-99999 | Unassigned |
| **Plaintiff:**<br>H.G.<br><br>**Defendants:**<br>Inter-Continental Hotels Corporation; Marriott International Inc. | Eastern District of Michigan | 19-cv-13622 | Unassigned |