**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: HOTEL INDUSTRY SEX TRAFFICKING LITIGATION      MDL No. _____**

## AMENDED PROOF OF SERVICE

      In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that copies of the foregoing Motion to Transfer, Memorandum of Law in Support of the Motion to Transfer, Exhibits, and Schedule of Actions were served via Electronic-Mail and First Class Mail on **December 11, 2019** to the following:

| | |
|---|---|
| Clerk of Court<br>**Southern District of Ohio**<br>**Columbus Division**<br>Joseph P. Kinneary U.S. Courthouse<br>85 Marconi Boulevard<br>Columbus, OH 43215 | Clerk of Court<br>**District of Massachusetts**<br>**Boston Division**<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 |
| Clerk of Court<br>**Northern District of Georgia**<br>**Atlanta Division**<br>Richard B. Russell Federal Building<br>2211 United States Courthouse<br>Atlanta, GA 30303-3309 | Clerk of Court<br>**Eastern District of New York**<br>**Brooklyn Division**<br>Theodore Roosevelt U.S. Courthouse<br>225 Cadman Plaza E<br>Brooklyn, NY 11201 |
| Clerk of Court<br>**Southern District of Texas**<br>**Houston Division**<br>515 Rusk Street<br>Houston, TX 77002 | Clerk of Court<br>**Eastern District of Virginia**<br>U.S. Courthouse<br>2400 West Avenue<br>Newport News, VA 23607 |
| Clerk of Court<br>**Northern District of New York**<br>James Hanley Federal Building<br>100 South Clinton Street<br>Syracuse, NY  13261 | Clerk of Court<br>**District of Oregon**<br>**Portland Division**<br>Mark O. Hatfield U.S. Courthouse<br>1000 S.W. Third Ave.<br>Portland, OR 97204 |
| Clerk of Court<br>**District of New Hampshire**<br>55 Pleasant St. #110,<br>Concord, NH  03301 | Clerk of Court<br>**Eastern District of Pennsylvania**<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 |

Clerk of Court
**Western District of Washington**
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

Clerk of Court
**Eastern District of Michigan**
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 599
Detroit, MI 48226

**H.H. v. G6 Hospitality, LLC et al.**
**Southern District of Ohio, Civil Action No. 2:19-cv-00755**

**Served via E-mail**

Steven Charles Babin , Jr.
Babin Law, LLC
1320 Dublin Road, No. 100
Columbus, OH 43215
Tel: (614) 384-7035
Email: steven.babin@babinlaws.com
**Attorney for Plaintiff, H.H.**

James M. Papantonio
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, PA
316 S. Baylen Street, No. 600
Pensacola, FL 32502
Tel: (850) 435-7000
Email: mailsec@levinlaw.com
**Attorney for Plaintiff, H.H.**

Anil A. Mujumdar
2332 2nd Avenue North
Birmingham, AL 35203
Tel: (205) 983-7985
Email: anil@zarzaur.com
**Attorney for Plaintiff, H.H.**

Kimberly Lambert Adams
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, PA
316 S. Baylen Street, No. 600
Pensacola, FL 32502
Tel: (850) 435-7057
Email: kadams@levinlaw.com
**Attorney for Plaintiff, H.H.**

Gregory M. Zarzaur
2332 2nd Avenue North
Birmingham, AL 35203
Tel: (205) 983.7985
Email: gregory@zarzaur.com
**Attorney for Plaintiff, H.H.**

Michael R Reed
Hahn Loeser Parks LLP
65 E. State Street, No. 1400
Columbus, OH 43215
Tel: (614) 233-5165
Email: mreed@hahnlaw.com
**Attorneys for Defendants G6 Hospitality**
**LLC and Wyndham Hotels and Resorts,**
**Inc.**

Angela C Agrusa
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024-3503
Tel: (310) 500-3500
Email: angela.agrusa@dlapiper.com
**Attorneys for Defendants G6 Hospitality**
**LLC**

Christopher B. Donovan
1000 Louisiana Street, No. 2800
Houston, TX 77002
Tel: (713) 425-8449
Email:
christopher.b.donovan@dlapiper.com
**Attorneys for Defendants G6 Hospitality
LLC and Wyndham Hotels and Resorts,
Inc.**

David S Sager
DLA Piper LLP
51 John F. Kennedy Parkway, No. 120
Short Hills, NJ 07078
Tel: (973) 520-2570
Email: david.sager@dlapiper.com
**Attorneys for Defendants G6 Hospitality
LLC and Wyndham Hotels and Resorts,
Inc.**

Elise Kraft Yarnell
Hahn Loeser & Parks
65 E. State Street, No. 1400
Columbus, OH 43081
Tel: (614) 233-5196
Email: eyarnell@hahnlaw.com
**Attorneys for Defendants G6 Hospitality
LLC and Wyndham Hotels and Resorts,
Inc.**

Daniel T Downey
Fishel, Hass, Kim & Albrecht Downey, LLP
7775 Walton Parkway, No. 200
New Albany, OH 43054
Tel: (614) 221-1216
Email: ddowney@fisheldowney.com
**Attorneys for Defendants Shahil, LLC**

Mathew A. Parker
Fisher & Phillips LLP
250 West Street, No. 400
Columbus, OH 43215
Tel: (614) 453-7608
Email: mparker@fisherphillips.com
**Attorneys for Defendants Shahil, LLC**

Matthew Stephen Teetor
Isaac Wiles Burkholder & Teetor, LLC
Two Miranova Place, No. 700
Columbus, OH 43215
Tel: (614) 221-2121
Email: mteetor@isaacwiles.com
**Attorneys for Defendants Shahil, LLC**

Molly R Gwin
Isaac, Wiles, Burkholder & Teetor, LLC
2 Miranova Place, No. 700
Columbus, OH 43215
Tel: (614) 221-2121
Email: mgwin@isaacwiles.com
**Attorneys for Defendants Shahil, LLC**

Paul Bernhart
Fishel Hass Kim Albrecht Downey LLP
7775 Walton Parkway, No. 200
New Albany, OH 43054
Tel: (614) 221-1216
Email: pbernhart@fisheldowney.com
**Attorneys for Defendants Shahil, LLC**

Samuel Neal Lillard
Fisher & Phillips, LLC
250 West Street, No. 400
Columbus, OH 43215
Tel: (614) 453-7612
Email: slillard@fisherphillips.com
**Attorneys for Defendants Shahil, LLC**

William B Benson
Isaac Wiles Burkholder & Teetor, LLC
Two Miranova Place, No. 700
Columbus, OH 43215
Tel: (614) 221-2121
Email: wbenson@isaacwiles.com
**Attorneys for Defendants Shahil, LLC**

Joseph L Piccin
Joseph L Piccin Co LLC
3010 Hayden Road
Columbus, OH 43235
Tel: (614) 659-9616
Email: JLP@joepiccin.com
**Attorneys for Defendants Northland Hotel, Inc.**

**M.A. v Wydham Hotels & Resorts, Inc. et al.**
**Southern District of Ohio, Civil Action No. 2:19-cv-00849**

<u>**Served via E-mail**</u>
Steven Charles Babin , Jr.
Babin Law, LLC
1320 Dublin Road, No. 100
Columbus, OH 43215
Tel: (614) 384-7035
Email: steven.babin@babinlaws.com
**Attorneys for Plaintiff, M.A.**

Anil A. Mujumdar
2332 2nd Avenue North
Birmingham, AL 35203
Tel: (205) 983-7985
Email: anil@zarzaur.com
**Attorneys for Plaintiff, M.A.**

Gregory M. Zarzaur
2332 2nd Avenue North
Birmingham, AL 35203
Tel: (205) 983-7985
Email: gregory@zarzaur.com
**Attorneys for Plaintiff, M.A.**

James M. Papantonio
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, PA
316 S. Baylen Street, No. 600
Pensacola, FL 32502
Tel: (850) 435-7000
Email: mailsec@levinlaw.com
**Attorneys for Plaintiff, M.A.**

Kimberly Lambert Adams
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, PA
316 S. Baylen Street, No. 600
Pensacola, FL 32502
Tel: (850) 435-7057
Email: kadams@levinlaw.com
**Attorneys for Plaintiff, M.A.**

Bruce A Curry
Curry, Roby & Mulvey Co., LLC
30 Northwoods Boulevard, No. 300
Columbus, OH 43235
Tel: (614) 430-8885
Email: bcurry@crmlaws.com
Attorneys for Plaintiff, M.A.

Trent Michael Lee Thacker
Curry, Roby & Mulvey Co., LLC
30 Northwoods Boulevard, No. 300
Columbus, OH 43235
Tel: (614) 430-8885
Email: tthacker@crmlaws.com
**Attorneys for Plaintiff, M.A.**

Gregory E. O'Brien
Cavitch Familo & Durkin LPA
1300 East 9th Street, 20th Floor
Cleveland, OH 44114
Tel: (216) 621-7860
Email: gobrien@cavitch.com
**Attorneys for Plaintiff, M.A**.

Michael R Reed
Hahn Loeser Parks LLP
65 E. State Street, No. 1400
Columbus, OH 43215
Tel: (614) 233-5165
Email: mreed@hahnlaw.com
**Attorneys for Defendants Wyndham**
**Hotels & Resorts, Inc.**

Christopher B. Donovan
1000 Louisiana Street, No. 2800
Houston, TX 77002
Tel: (713) 425-8449
Email:
christopher.b.donovan@dlapiper.com
**Attorneys for Defendants Wyndham**
**Hotels & Resorts, Inc.**

David S Sager
DLA Piper LLP
51 John F. Kennedy Parkway, No. 120
Short Hills, NJ 07078
Tel: (973) 520-2570
Email: david.sager@dlapiper.com
**Attorneys for Defendants Wyndham**
**Hotels & Resorts, Inc.**

Elise Kraft Yarnell
Hahn Loeser & Parks
65 E. State Street, No. 1400
Columbus, OH 43081
Tel: (614) 233-5196
Email: eyarnell@hahnlaw.com
**Attorneys for Defendants Wyndham**
**Hotels & Resorts, Inc.**

D Patrick Kasson
Reminger Co., LPA
200 South Civic Center Drive
Suite 800
Columbus, O 43215
614-232-2418
Fax: 614-232-2410
Email: pkasson@reminger.com
**Attorneys for Defendants Inter-**
**Continental Hotels Corp.**

Judd R Uhl
Lewis Brisbois Bisgaard & Smith LLP
909 Wright's Summit Parkway, No. 230
Ft. Wright, KY 41011
Tel: (859) 663-9830
Email: judd.uhl@lewisbrisbois.com
**Attorneys for Defendants Inter-**
**Continental Hotels Corp.**

Aimee Elizabeth Muller
Lewis Brisbois Bisgaard & Smith LLP
201 E. Fifth Street, No. 1900
Cincinnati, OH 45202
Tel: (513) 808-9911
Email: aimee.muller@lewisbrisbois.com
**Attorneys for Defendants Inter-**
**Continental Hotels Corp.**

Jennifer Kirkpatrick Nordstrom
Garvey Shearer Nordstrom, PSC
2400 Chamber Center Drive, No. 210
Ft. Mitchell, KY 41017
Tel: (513) 445-3373
Email: jnordstrom@garveyshearer.com
**Attorneys for Defendants Inter-**
**Continental Hotels Corp.**

Alyson A Terrell
Ulmer & Berne LLP
65 E. State Street, No. 1100
Columbus, OH 43215
Tel: (614) 229-0042
Email: aterrell@ulmer.com
**Attorneys for Defendants Choice Hotels International, Inc.**

Jennifer Snyder Heis
Ulmer & Berne
600 Vine Street, No. 2800
Cincinnati, OH 45202
Tel: (513) 698-5058
Email: jheis@ulmer.com
**Attorneys for Defendants Choice Hotels International, Inc.**

Kevin Charles Connell
Bruns Connell Vollmar & Armstrong
40 N. Main Street, No. 2010
Dayton, OH 45423
Tel: (937) 999-6261
Email: kconnell@bcvalaw.com
**Attorneys for Defendants Choice Hotels International, Inc.**

Sara M. Turner
Baker, Donelson, Bearman, Caldwell & Berkowitz
Wells Fargo Tower
420 20th Street North, No. 1400
Birmingham, AL 35203
Tel: (205) 250-8316
Email: smturner@bakerdonelson.com
**Attorneys for Defendants Choice Hotels International, Inc.**

Douglas Paul Holthus
Mazanec Raskin & Ryder Co. LPA
175 S. Third Street, No. 1000
Columbus, OH 43215
Tel: 614-228-5931
Email: dholthus@mrrlaw.com
**Attorneys for Defendants S&S Airport Motel, LLC**

Chenee M. Castruita
Mazanec, Raskin & Ryder Co., LPA
175 South Third Street, No. 1000
Columbus, OH 43215
Tel: (614) 228-5931
Email: CCastruita@mrrlaw.com
**Attorneys for Defendants S&S Airport Motel, LLC**

Joseph L Piccin
Joseph L Piccin Co LLC
3010 Hayden Road
Columbus, OH 43235
Tel: (614) 659-9616
Email: JLP@joepiccin.com
**Attorneys for Defendants First Hotel Management, LLC**

Steven A Keslar
Gallagher Sharp, LLP
35 North Fourth Street, No. 200
Columbus, OH 43215
Tel: (614) 340-2304
Email: skeslar@gallaghersharp.com
**Attorneys for Defendants First Hotel Management, LLC**

Steven D Strang
Gallagher Sharp
1501 Euclid Avenue, 6th Floor
Cleveland, OH 44115
Tel: (216) 241-5310
Email: sstrang@gallaghersharp.com
**Attorneys for Defendants First Hotel Management, LLC**

Mathew A. Parker
Fisher & Phillips LLP
250 West Street, No. 400
Columbus, OH 43215
Tel: (614) 453-7608
Email: mparker@fisherphillips.com
**Attorneys for Defendants Krrish Lodging, LLC**

Samuel Neal Lillard
Fisher & Phillips, LLC
250 West Street, Suite 400
Columbus, OH 43215
Tel: (614) 453-7612
Email: slillard@fisherphillips.com
**Attorneys for Defendants Krrish
Lodging, LLC**

Quintin Franc Lindsmith
Bricker & Eckler LLP
100 South Third Street
Columbus, OH 43215
Tel: (614) 227-2300
Email: qlindsmith@bricker.com
**Attorneys for Defendants Columbus
Hospitality, LLC**

Gregory Paul Barwell
Wesp/Barwell, LLC
100 East Broad Street, No. 2350
Columbus, OH 43215
Tel: (614) 456-0488
Email: gbarwell@wesplaw.com
**Attorneys for Defendants Columbus
Hospitality, LLC**

Jessica A. Barwell
Wesp Barwell, LLC
100 East Broad Street, No. 2350
Columbus, OH 43215
Tel: (614) 456-0488
Email: jbarwell@columbushospitality.com
**Attorneys for Defendants Columbus
Hospitality, LLC**

Jud R Mauger
Wesp Barwell LLC
100 East Broad Street, No. 2350
Columbus, OH 43215
Tel: (614) 456-0488
Email: jmauger@wesplaw.com
**Attorneys for Defendants Columbus
Hospitality, LLC**

Lindsey A. Roberts
Bricker & Eckler LLP
100 S. 3rd Street
Columbus, OH 43215
Tel: (614) 227-7714
Email: lroberts@bricker.com
**Attorneys for Defendants**

Victoria Anne Flinn
100 S. Third Street
Columbus, OH 43215
Email: vflinn@bricker.com
**Attorneys for Defendants**

John Frederick Stock
Benesch Friedlander Coplan & Aronoff LLP
41 South High Street, 26th Floor
Columbus, OH 43215
Tel: (614) 223-9300
Email: jstock@beneschlaw.com
**Attorneys for Defendants TJM
Columbus, LLC**

Daniel T Downey
Fishel, Hass, Kim & Albrecht Downey, LLP
7775 Walton Parkway, No. 200
New Albany, OH 43054
Tel: (614) 221-1216
Email: ddowney@fisheldowney.com
**Attorneys for Defendants Buckeye
Hospitality, Inc.**

Joshua James Fravel
Griffith Law Offices
522 N. State Street
Westerville, OH 43082
Tel: (614) 890-4543
Email: josh.f@griffithlaw.org
**Attorneys for Defendants Buckeye
Hospitality, Inc.**

Paul Bernhart
Fishel Hass Kim Albrecht Downey LLP
7775 Walton Parkway, No. 200
New Albany, OH 43054
Tel: (614) 221-1216
Email: pbernhart@fisheldowney.com
**Attorneys for Defendants Buckeye
Hospitality, Inc.**

Gordon Dale Arnold
Freund Freeze & Arnold - 3
One Dayton Centre
1 S Main Street
Suite 1800
Dayton, OH 45402-2017
937-222-2424
Email: garnold@ffalaw.com
**Attorneys for Defendants Erie Insurance
Exchange**

**Jane Doe S.W. v. Lorain-Elyria Motel, Inc. et al.
Southern District of Ohio, Civil Action No. 2:19-cv-01194**

**Served via E-mail**
Pamela A. Borgess
Borgess Law, LLC
6800 W. Central Avenue, No. E
Toledo, OH 43617
Tel: (419) 262-6148
E-mail: pborgess@borgesslaw.com
**Attorney for Plaintiff, Jane Doe S.W**

Kimberly A. Dougherty
Andrus Wagstaff, PC
19 Belmont St.
South Easton, MA 02375
Telephone: (508) 230-2700
E-mail:
kim.dougherty@andruswagstaff.com
**Attorney for Plaintiff, Jane Doe S.W**

Lisa Lee
Andrus Wagstaff, PC
19 Belmont Street
South Easton, MA 02375
Tel: (508) 230-2700
E-mail: lisa.lee@andruswagstaff.com
**Attorney for Plaintiff, Jane Doe S.W**

Paul J. Pennock
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Tel: (212) 558-5549
Email: ppennock@weitzlux.com
**Attorney for Plaintiff, Jane Doe S.W**

Samantha Breakstone
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
E-mail: sbreakstone@weitzlux.com
**Attorney for Plaintiff, Jane Doe S.W**

John R Chlysta
Hanna Campbell & Powell LLP
3737 Embassy Parkway, No. 100
Akron, OH 44334
Tel: (330) 670-7305
Email: jchlysta@hcplaw.net
**Attorneys for Defendants Lorain-Elyria Motel, Inc.**

Kenneth A Calderone
3737 Embassy Parkway
P.O. Box No. 5521
Akron, OH 44334
Telephone: (330) 670-7324
Email: kcalderone@hcplaw.net
**Attorneys for Defendants Lorain-Elyria Motel, Inc.**

Jennifer Hageman
Ulmer & Berne - 1
600 Vine Street, No. 2800
Cincinnati, OH 45202-2409
Tel: (513) 698-5022
Email: jhageman@ulmer.com
**Attorneys for Defendants Best Western International, Inc.**

Constantine J. Passodelis
Gulf Tower
707 Grant Street, No. 3410
Pittsburgh, PA 15219
Tel: (412) 315-7272
Email: dpassodelis@jonespassodelis.com
**Attorneys for Defendants Best Western International, Inc.**

Francesca M. Miller
Gulf Tower, Suite 3410
707 Grant Street
Pittsburgh, PA 15219
Tel: (412) 315-7272
Email: fmiller@jonespassodelis.com
**Attorneys for Defendants Best Western International, Inc.**

Paul J Cosgrove
Ulmer & Berne LLP
600 Vine Street, No. 2800
Cincinnati, OH 45202
Tel: (513) 698-5034
Email: pcosgrove@ulmer.com
**Attorneys for Defendants Best Western International, Inc.**

Sarah Miller Benoit
Ulmer & Berne LLP
65 E State Street, No. 1100
Columbus, OH 43215
Tel: (614) 229-0016
Email: sbenoit@ulmer.com
**Attorneys for Defendants Best Western International, Inc.**

William B Benson
Isaac Wiles Burkholder & Teetor, LLC
Two Miranova Place, No. 700
Columbus, OH 43215
Tel: (614) 221-2121
Email: wbenson@isaacwiles.com
**Attorneys for Defendants SRI Ram, LLC**

Matthew Stephen Teetor
Isaac Wiles Burkholder & Teetor, LLC
Two Miranova Place, No. 700
Columbus, OH 43215
Tel: (614) 221-2121
Email: mteetor@isaacwiles.com
**Attorneys for Defendants SRI Ram, LLC**

Molly R Gwin
Isaac, Wiles, Burkholder & Teetor, LLC
2 Miranova Place, No. 700
Columbus, OH 43215
Tel: (614) 221-2121
Email: mgwin@isaacwiles.com
**Attorneys for Defendants SRI Ram, LLC**

Jonathan P Blakely
P.O. Box No. 217
Middlefield, OH 44062
Tel: (440) 339-1201
Email: jblakelylaw@windstream.net
**Attorneys for Defendants BAPA Associates, Inc.**

**Jane Doe C.D. v. R-Roof Asset, LLC et al.**
**District of Massachusetts, Civil Action No. 1:19-cv-11192**

**Served via E-mail**
Jaime M. Farrell
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Tel: (212) 485-1831
E-mail: jfarrell@weitzlux.com
**Attorney for Plaintiff, Jane Doe C.D.**

Kimberly A. Dougherty
Andrus Wagstaff, P.C.
19 Belmont Street
South Easton, MA 02375
Tel: (508) 230-2700
E-mail:
kim.dougherty@andruswagstaff.com
**Attorney for Plaintiff, Jane Doe C.D.**

Kenneth B. Walton
Lewis Brisbois Bisgaard & Smith LLP
One International Place, No. 350
Boston, MA 02110
Tel: (857) 313-3936
E-mail: ken.walton@lewisbrisbois.com
**Attorneys for Defendants R-Roof Asset,**
**LLC**

Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone: (212) 558-5549
E-mail: ppennock@weitzlux.com
**Attorney for Plaintiff, Jane Doe C.D.**

Samantha A Breakstone
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
(212) 558-5672
Email: sbreakstone@weitzlux.com
**Attorney for Plaintiff, Jane Doe C.D.**

Courtney Ann Longo
Lewis Brisbois Bisgaard & Smith LLP
One International Place, No. 350
Boston, MA 02110
Tel: (857) 313-3936
E-mail: courtney.longo@lewisbrisbois.com
**Attorneys for Defendants R-Roof Asset,**
**LLC**

Martin C. Winstead
Winstead Law
209 Broadway
Hanover, MA 02339
Tel: (781) 826-5900
E-mail: marty@winsteadlaw.info
**Attorneys for Defendants Red Roof Inns,
Inc.**

Thomas B. Farrey , III
Burns & Farrey
Sovereign Bank Building - 22nd Floor
446 Main Street
Worcester, MA 01608
(508) 756-6288
Fax: 508-831-9769
Email: farrey@burnsandfarrey.com
**Attorneys for Defendants Red Roof Inns,
Inc.**

**T.S. v. Intercontinental Hotels Group et al.
Southern District of Ohio, Civil Action No. 2:19-cv-02970**

**Served via E-mail**
Joseph Corey Asay
333 W. Vine Street, No. 1200
Lexington, KY 40507
Tel: (859) 286-8368
E-mail: casay@forthepeople.com
**Attorney for Plaintiff, T.S.**

T. Michael Morgan
20 N Orange Avenue, No. 1600
Orlando, FL 32801
Tel: (407) 420-1414
E-mail: mmorgan@forthepeople.com
**Attorney for Plaintiff, T.S**.

Jennifer Snyder Heis
Ulmer & Berne
600 Vine Street, No. 2800
Cincinnati, OH 45202
Tel: (513) 698-5058
E-mail: jheis@ulmer.com
**Attorneys for Defendants Choice Hotels
Corporation**

Sara M. Turner
Baker, Donelson, Bearman, Caldwell &
Berkowitz
Wells Fargo Tower
420 20th Street North, Suite 1400
Birmingham, AL 35203
(205) 250-8316
Email: smturner@bakerdonelson.com
**Attorneys for Defendants Choice Hotels
Corporation**

Alyson A. Terrell
Ulmer & Berne LLP
65 E. State Street, No. 1100
Columbus, OH 43215
Tel: (614) 229-0042
E-mail: aterrell@ulmer.com
**Attorneys for Defendants Choice Hotels
Corporation**

D Patrick Kasson
Reminger Co., LPA
200 South Civic Center Drive
Suite 800
Columbus, Oh 43215
614-232-2418
Fax: 614-232-2410
Email: pkasson@reminger.com
**Attorneys for Defendants Inter-Continental Hotels Corporation**


**Jane Doe 1 v. Red Roof Inns, Inc. et al.**
**Northern District of Georgia, Civil Action No. 1:19-cv-03840**

**Served via E-mail**
Jonathan Tonge
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: jtonge@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 1**

Patrick J. McDonough
Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: pmcdonough@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 1**

Trinity Hundredmark
Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: thundred@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 1**

Amanda Kay Seals
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4147
Email: seals@bmelaw.com
**Attorney for Plaintiff, Jane Doe 1**

John Earl Floyd
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: floyd@bmelaw.com
**Attorney for Plaintiff, Jane Doe 1**

Manoj Sam Varghese
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: varghese@bmelaw.com
**Attorney for Plaintiff, Jane Doe 1**

Tiana Scogin Mykkeltvedt
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: mykkeltvedt@bmelaw.com
**Attorney for Plaintiff, Jane Doe 1**

Admir Allushi
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, N.E., No. 2900
Atlanta, GA 30309-3521
Tel: (404) 991-2173
Email: adi.allushi@lewisbrisbois.com
**Attorneys for Defendants Red Roof Inns, Inc., WHG SU Atlanta LP, SUB-SU Hotel GP, LLC, Westmont Hospitality Group, Inc. and FMW RRI NC, LLC**

Charles Kyle Reed
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309-3521
404-348-8585
Fax: 404-467-8545
Email: chuck.reed@lewisbrisbois.com
**Attorneys for Defendants Red Roof Inns, Inc., WHG SU Atlanta LP, SUB-SU Hotel GP, LLC, Westmont Hospitality Group, Inc. and FMW RRI NC, LLC**

P. Michael Freed
Lewis Brisbois Bisgaard & Smith, LLP
- Atl
1180 Peachtree St., N.E.,  Suite 2900
Atlanta, GA 30309-3521
404-991-2157
Fax: 404-467-8845
Email: michael.freed@lewisbrisbois.com
**Attorneys for Defendants Red Roof Inns, Inc., WHG SU Atlanta LP, SUB-SU Hotel GP, LLC, Westmont Hospitality Group, Inc. and FMW RRI NC, LLC**

Christopher Shane Keith
Hawkins Parnell & Young, LLP
303 Peachtree Street, N.E., No. 4000
Atlanta, GA 30308-3243
Tel: (404) 614-7400
Email: skeith@hpylaw.com
**Attorneys for Defendants Varahi Hotel, LLC**

Elliott Crawford Ream
Hawkins Parnell & Young, LLP-GA
Suite 4000
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
404-614-7424
Email: eream@hptylaw.com
**Attorneys for Defendants Varahi Hotel, LLC**

Sara Marie Turner
Baker Donelson Bearman Caldwell &
Berkowtiz
Wachovia Tower
420 North 20th Street, No. 1600
Birmingham, AL 35203-5202
Tel: (205) 250-8316
Email: smturner@bakerdonelson.com
**Attorneys for Defendants Choice Hotels International, Inc.**

Janelle E. Alleyne
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
Monarch Tower
3414 Peachtree Rd., N.E., No. 1600
Atlanta, GA 30326
Tel: (404) 443-6780
Email: jalleyne@bakerdonelson.com
**Attorneys for Defendants Choice Hotels**
**International, Inc.**

David S. Sager
DLA Piper LLP (US)
51 John F. Kennedy Parkway, No. 120
Short Hills, NJ 07078-2704
Tel: (973) 520-2570
Email: david.sager@dlapiper.com
**Attorneys for Defendants CPLG Properties,**
**LLC, La Quinta Worldwide, LLC**
**and LQ Properties, LLC**

Delia Gervin Frazier
DLA Piper LLP
One Atlantic Center
1201 West Peachtree St., N.W., No. 2800
Atlanta, GA 30309
Tel: (404) 736-7800
Email: delia.frazier@dlapiper.com
**Attorneys for Defendants CPLG Properties,**
**LLC, BRE/LQ Properties, LLC, La Quinta**
**Worldwide, LLC**
**and LQ Properties, LLC**

Christopher Thomas Byrd
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: 404-876-2700
Email: cbyrd@wwhgd.com
**Attorneys for Defendants Extended Stay**
**America, Inc., ESA Management, LLC,**
**ESA P Portfolio, LLC and ESA P**
**Portfolio Operating Lessee, LLC**

Emily Marie Adams
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
Tel: (404) 443-5552
Email: eadams@wwhgd.com
**Attorneys for Defendants Extended Stay**
**America, Inc., ESA Management, LLC,**
**ESA P Portfolio, LLC and ESA P**
**Portfolio Operating Lessee, LLC**

Patrick B. Moore
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Email: pmoore@wwhgd.com
**Attorneys for Defendants Extended Stay**
**America, Inc., ESA Management, LLC,**
**ESA P Portfolio, LLC and ESA P**
**Portfolio Operating Lessee, LLC**

Shubhra R. Mashelkar
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Email: smashelkar@wwhgd.com
**Attorneys for Defendants Extended Stay
America, Inc., ESA Management, LLC,
ESA P Portfolio, LLC and ESA P
Portfolio Operating Lessee, LLC**

**Served Defendant via First Class Mail**
2014 SE Owner 5-Emory, LLC
Registered Agent
National Corporate Research, Ltd.
900 Old Roswell Lakes Parkway
Suite 310
Roswell, GA 30076

Auro Hotels Management, LLC
60 Pointe Circle
Greenville, SC 29615

CorePoint Lodging, Inc.
125 E. John Carpenter Freeway
Suite 1650
Irving, Texas 75062

CPLG Hol, LLC
Registered Agent Address:
15 West South Temple, Suite 600
Salt Lake City, UT 84101

Hament Desai
Unable locate address.

Hilton Domestic Operating
7930 Jones Branch Drive ,Suite 1100
McLean, VA 22102

Hilton Franchise Holdings, LLC
7930 Jones Branch Drive, Suite 1100
McLean, VA   22102

Hilton Worldwide Holdings, Inc.
7930 Jones Branch Drive ,Suite 1100
McLean, VA 22102

Jeet & JJ LLC
3020 Mansell Road
Alpharetta, GA, 30022

JHM Hotels Management
60 Pointe Cir Ste 300
Greenville, SC 29615

Kuzzins Buford LLC
40 Technology Parkway South, Suite 300
Ben Hill, GA 30092

Laxmi Druid Hills Hotel, LLC
1975 N Druid Hills Rd
Atlanta, GA 30329-1807

LQ Management LLC
909 Hidden Ridge
Irving, TX 75038

Microtel Inns & Suites Franchising, Inc.
c/o Wyndam Worldwide
22 Sylvan Way, Parsippany, NJ 07054

Newtel V Corporation
3020 Mansell Rd
Alpharetta, GA 30022

Ramada Worldwide, Inc.
c/o Wyndam Worldwide
22 Sylvan Way
Parsippany, NJ 07054

RRI III, LLC
5847 San Felipe Street
Houston, TX 77057

Vad Property Management, LLC
5605 Lake Island Drive NW
Atlanta, GA, 30327

Vantage Hospitality Group, Inc.   Wyndham Hotels & Resorts, Inc.
3300 N. University Drive     22 Sylvan Way
Suite 500          Parsippany, NJ 07054
Coral Springs, FL 33065
.

**Jane Doe 2 v. Red Roof Inns, Inc. et al.**
**Northern District of Georgia, Civil Action No. 1:19-cv-03841**

**<u>Served via E-mail</u>**
Jonathan Tonge
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, No. 4000  Amanda Kay Seals
Duluth, GA 30097      Bondurant Mixson & Elmore, LLP
Tel: (770) 822-0900     1201 West Peachtree Street, N.W.
Email: jtonge@atclawfirm.com   3900 One Atlantic Center
**Attorney for Plaintiff, Jane Doe 2**  Atlanta, GA 30309-3417
             Tel: (404) 881-4147
Patrick J. McDonough     Email: seals@bmelaw.com
Andersen, Tate & Carr, P.C.    **Attorney for Plaintiff, Jane Doe 2**
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900     John Earl Floyd
Email: pmcdonough@atclawfirm.com  Bondurant Mixson & Elmore, LLP
**Attorney for Plaintiff, Jane Doe 2**  1201 West Peachtree Street, N.W.
             3900 One Atlantic Center
Trinity Hundredmark      Atlanta, GA 30309-3417
Andersen, Tate & Carr, P.C.    Tel: (404) 881-4147
1960 Satellite Boulevard, No. 4000  Email: floyd@bmelaw.com
Duluth, GA 30097      **Attorney for Plaintiff, Jane Doe 2**
Tel: (770) 822-0900
Email: thundred@atclawfirm.com   Manoj Sam Varghese
**Attorney for Plaintiff, Jane Doe 2**  Bondurant Mixson & Elmore, LLP
             1201 West Peachtree Street, N.W.
             3900 One Atlantic Center
             Atlanta, GA 30309-3417
             Tel: (404) 881-4100
             Email: varghese@bmelaw.com
             **Attorney for Plaintiff, Jane Doe 2**

Tiana Scogin Mykkeltvedt
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: mykkeltvedt@bmelaw.com
**Attorney for Plaintiff, Jane Doe 2**

Admir Allushi
Lewis Brisbois Bisgaard & Smith, LLP –
Atl
1180 Peachtree Street, N.E., uite 2900
Atlanta, GA 30309-3521
Tel: (404) 991-2173
Email: adi.allushi@lewisbrisbois.com
**Attorneys for Defendants**

Charles Kyle Reed
Lewis Brisbois Bisgaard & Smith, LLP
- Atl
1180 Peachtree St., N.E., Suite 2900
Atlanta, GA 30309-3521
404-348-8585
Fax: 404-467-8545
Email: chuck.reed@lewisbrisbois.com
**Attorneys for Defendants**

P. Michael Freed
Lewis Brisbois Bisgaard & Smith, LLP
- Atl
1180 Peachtree St., N.E., Suite 2900
Atlanta, GA 30309-3521
404-991-2157
Fax: 404-467-8845
Email: michael.freed@lewisbrisbois.com
**Attorneys for Defendants**

Julio Cesar Perez-Bravo
MBW Law, LLC
Suite 200-C
3050 Amwiler Road
Atlanta, GA 30360
404-228-2629
Email: julio@mbwlaw.net
**Attorneys for Defendants Varahi Hotel,
LLC**

Michael B. Weinstein
MBW Law, LLC
Suite 200-C
3050 Amwiler Road
Atlanta, GA 30360
404-228-2629
Fax: 888-231-0613
Email: mike.weinstein@mbwlaw.net
**Attorneys for Defendants Varahi Hotel,
LLC**

Sara Marie Turner
Baker Donelson Bearman Caldwell &
Berkowtiz
Wachovia Tower
420 North 20th Street, No. 1600
Birmingham, AL 35203-5202
Tel: (205) 250-8316
Email: smturner@bakerdonelson.com
**Attorneys for Defendants**

Janelle E. Alleyne
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.-Atl
3414 Peachtree Rd., N.E.
Suite 1600, Monarch Tower
Atlanta, GA 30326
404-443-6780
Email: jalleyne@bakerdonelson.com
**Attorneys for Defendants**

David S. Sager
DLA Piper LLP (US)
51 John F. Kennedy Parkway, No. 120
Short Hills, NJ 07078-2704
Tel: (973) 520-2570
Email: david.sager@dlapiper.com
**Attorneys for Defendants**

Delia Gervin Frazier
DLA Piper LLP
One Atlantic Center
1201 West Peachtree St., N.W., No. 2800
Atlanta, GA 30309
Tel: (404) 736-7800
Email: delia.frazier@dlapiper.com
**Attorneys for Defendants**

Christopher Thomas Byrd
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: 404-876-2700
Email: cbyrd@wwhgd.com
**Attorneys for Defendants**

Emily Marie Adams
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
Tel: (404) 443-5552
Email: eadams@wwhgd.com
**Attorneys for Defendants**

Patrick B. Moore
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Email: pmoore@wwhgd.com
**Attorneys for Defendants**

Shubhra R. Mashelkar
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Email: smashelkar@wwhgd.com
**Attorneys for Defendants**

**Served Defendant via First Class Mail**
2014 SE Owner 5-Emory, LLC
Registered Agent
National Corporate Research, Ltd.
900 Old Roswell Lakes Parkway
Suite 310
Roswell, GA 30076

Auro Hotels Management, LLC
Auro Hotels
60 Pointe Circle
Greenville, SC 29615

CorePoint Lodging, Inc.
125 E. John Carpenter Freeway
Suite 1650
Irving, Texas 75062

CPLG Hol, LLC
Registered Agent Address:
15 West South Temple, Suite 600
Salt Lake City, UT 84101

Hament Desai
Unable to locate address.

Hilton Domestic Operating Company, Inc.
7930 Jones Branch Drive Suite 1100
McLean, VA 22102

Hilton Franchise Holdings, LLC
7930 Jones Branch Drive Suite 1100
McLean, VA 22102

Hilton Worldwide Holdings, Inc.
7930 Jones Branch Drive ,Suite 1100
McLean, VA 22102

JHM Hotels Management
60 Pointe Cir Ste 300
Greenville, SC 29615

Kuzzins Buford LLC
40 Technology Parkway South, Suite 300
Ben Hill, GA 30092

Laxmi Druid Hills Hotel, LLC
1975 N Druid Hills Rd
Atlanta, GA 30329-1807

Microtel Inns & Suites Franchising, Inc.
c/o Wyndam Worldwide
22 Sylvan Way, Parsippany, NJ 07054

Newtel V Corporation
3020 Mansell Rd
Alpharetta, GA 30022

Ramada Worldwide, Inc.
c/o Wyndam Worldwide
22 Sylvan Way
Parsippany, NJ 07054

RRI III, LLC
5847 San Felipe Street
Houston, TX 77057

Vad Property Management, LLC
5605 Lake Island Drive NW
Atlanta, GA, 30327

Vantage Hospitality Group, Inc.
3300 N. University Drive
Suite 500
Coral Springs, FL 33065

Wyndham Hotels & Resorts, Inc.
22 Sylvan Way
Parsippany, NJ 07054

**Jane Doe 3 v. Red Roof Inns, Inc. et al.**
**Northern District of Georgia, Civil Action No. 1:19-cv-03843**

**<u>Served via E-mail</u>**
Jonathan Tonge
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: jtonge@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 3**

Patrick J. McDonough
Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: pmcdonough@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 3**

Trinity Hundredmark
Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: thundred@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 3**

Amanda Kay Seals
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
Tel: (404) 881-4147
Email: seals@bmelaw.com
**Attorney for Plaintiff, Jane Doe 3**

John Earl Floyd
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
Tel: (404) 881-4147
Email: floyd@bmelaw.com
**Attorney for Plaintiff, Jane Doe 3**

Manoj Sam Varghese
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
Tel: (404) 881-4100
Email: varghese@bmelaw.com
**Attorney for Plaintiff, Jane Doe 3**

Tiana Scogin Mykkeltvedt
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: mykkeltvedt@bmelaw.com
**Attorney for Plaintiff, Jane Doe 3**

Admir Allushi
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, N.E., No. 2900
Atlanta, GA 30309-3521
Tel: (404) 991-2173
Email: adi.allushi@lewisbrisbois.com
**Attorneys for Defendants**

Charles Kyle Reed
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree St., N.E.
Atlanta, GA 30309-3521
404-348-8585
Fax: 404-467-8545
Email: chuck.reed@lewisbrisbois.com
**Attorneys for Defendants**

P. Michael Freed
Lewis Brisbois Bisgaard & Smith, LLP
- Atl
1180 Peachtree St., N.E. Suite 2900
Atlanta, GA 30309-3521
404-991-2157
Fax: 404-467-8845
Email:
michael.freed@lewisbrisbois.com
**Attorneys for Defendants**

Sara Marie Turner
Baker Donelson Bearman Caldwell &
Berkowtiz
Wachovia Tower
420 North 20th Street, No. 1600
Birmingham, AL 35203-5202
Tel: (205) 250-8316
Email: smturner@bakerdonelson.com
**Attorneys for Defendants**

Janelle E. Alleyne
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
Monarch Tower
3414 Peachtree Rd., N.E., No. 1600
Atlanta, GA 30326
Tel: (404) 443-6780
Email: jalleyne@bakerdonelson.com
**Attorneys for Defendants**

David S. Sager
DLA Piper LLP (US)
51 John F. Kennedy Parkway, No. 120
Short Hills, NJ 07078-2704
Tel: (973) 520-2570
Email: david.sager@dlapiper.com
**Attorneys for Defendants**

Delia Gervin Frazier
DLA Piper LLP
One Atlantic Center
1201 West Peachtree St., N.W., No. 2800
Atlanta, GA 30309
Tel: (404) 736-7800
Email: delia.frazier@dlapiper.com
**Attorneys for Defendants**

Christopher Thomas Byrd
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: 404-876-2700
Email: cbyrd@wwhgd.com
**Attorneys for Defendants**

Emily Marie Adams
McGuire Woods LLP
1230 Peachtree Street, N.E.
Promenade, Suite 2100
Atlanta, GA 30309-3534
Tel: (404) 443-5552
Email: eadams@wwhgd.com
**Attorneys for Defendants**

Patrick B. Moore
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Email: pmoore@wwhgd.com
**Attorneys for Defendants**

Shubhra R. Mashelkar
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Email: smashelkar@wwhgd.com
**Attorneys for Defendants**

**Served Defendant via First Class Mail**
2014 SE Owner 5-Emory, LLC
Registered Agent
National Corporate Research, Ltd.
900 Old Roswell Lakes Parkway
Suite 310
Roswell, GA 30076

42 Hotel Cumberland LLC
2775 Cumberland Pkwy SE
Atlanta, Georgia 30339

Auro Hotels Management, LLC
60 Pointe Circle
Greenville, SC 29615

Encore Cumberland LLC
3290 Cobb Galleria Pkwy
Atlanta, GA 30339

Hilton Domestic Operating Company, Inc.
7930 Jones Branch Drive Suite 1100
McLean, VA 22102

Hilton Franchise Holdings, LLC
7930 Jones Branch Drive Suite 1100
McLean, VA 22102

Hilton Worldwide Holdings, Inc.
7930 Jones Branch Drive ,Suite 1100
McLean, VA 22102

JHM Hotels Management
60 Pointe Cir Ste 300
Greenville, SC 29615

Kuzzins Buford LLC
40 Technology Parkway South, Suite 300
Ben Hill, GA 30092

Laxmi Druid Hills Hotel, LLC
1975 N Druid Hills Rd
Atlanta, GA 30329-1807

Microtel Inns & Suites Franchising, Inc.
c/o Wyndam Worldwide
22 Sylvan Way, Parsippany, NJ 07054

RRI III, LLC
5847 San Felipe Street
Houston, TX 77057

Varahi Hotel, LLC
Red Roof Inn
2200 Corporate Plaza Pkwy SE
Smyrna, GA, 30080-2969

Wyndham Hotels & Resorts, Inc.
22 Sylvan Way
Parsippany, NJ 07054

**Jane Doe 4 v. Red Roof Inns, Inc. et al.**
**Northern District of Georgia, Civil Action No. 1:19-cv-03845**

**Served via E-mail**

Jonathan Tonge
Andersen, Tate & Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: jtonge@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 4**

Patrick J. McDonough
Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: pmcdonough@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 4**

Trinity Hundredmark
Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard, No. 4000
Duluth, GA 30097
Tel: (770) 822-0900
Email: thundred@atclawfirm.com
**Attorney for Plaintiff, Jane Doe 4**

Amanda Kay Seals
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
Tel: (404) 881-4147
Email: seals@bmelaw.comAttorney for
**Attorney for Plaintiff, Jane Doe 4**

John Earl Floyd
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: floyd@bmelaw.com
**Attorney for Plaintiff, Jane Doe 4**

Manoj Sam Varghese
Tiana Scogin Mykkeltvedt
Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: mykkeltvedt@bmelaw.com
**Attorney for Plaintiff, Jane Doe 4**

a

Bondurant Mixson & Elmore, LLP
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: varghese@bmelaw.com
**Attorney for Plaintiff, Jane Doe 4**

Admir Allushi
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, N.E., No. 2900
Atlanta, GA 30309-3521
Tel: (404) 991-2173
Email: adi.allushi@lewisbrisbois.com
**Attorneys for Defendants**

Charles Kyle Reed
Lewis Brisbois Bisgaard & Smith, LLP
- Atl
1180 Peachtree St., N.E., Suite 2900
Atlanta, GA 30309-3521
404-348-8585
Fax: 404-467-8545
Email: chuck.reed@lewisbrisbois.com
**Attorneys for Defendants**

P. Michael Freed
Lewis Brisbois Bisgaard & Smith, LLP
- Atl
1180 Peachtree St., N.E., Suite 2900
Atlanta, GA 30309-3521
404-991-2157
Fax: 404-467-8845
Email:
michael.freed@lewisbrisbois.com
**Attorneys for Defendants**

Julio Cesar Perez-Bravo
MBW Law, LLC
Suite 200-C
3050 Amwiler Road
Atlanta, GA 30360
404-228-2629
Email: julio@mbwlaw.net
**Attorneys for Defendants**

Michael B. Weinstein
MBW Law, LLC
Suite 200-C
3050 Amwiler Road
Atlanta, GA 30360
404-228-2629
Fax: 888-231-0613
Email: mike.weinstein@mbwlaw.net
**Attorneys for Defendants**

Sara Marie Turner
Baker Donelson Bearman Caldwell &
Berkowitz-Birmingham
420 North 20th Street
Suite 1600 Wachovia Tower
Birmingham. AL 35203-5202
(205) 250-8316
Fax: (205) 488-3716
Email: smturner@bakerdonelson.com
**Attorneys for Defendants**

Janelle E. Alleyne
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
Monarch Tower
3414 Peachtree Rd., N.E., No. 1600
Atlanta, GA 30326
Tel: (404) 443-6780
Email: jalleyne@bakerdonelson.com
**Attorneys for Defendants**

David S. Sager
DLA Piper LLP (US)
51 John F. Kennedy Parkway, No. 120
Short Hills, NJ 07078-2704
Tel: (973) 520-2570
Email: david.sager@dlapiper.com
**Attorneys for Defendants**

Delia Gervin Frazier
DLA Piper LLP
One Atlantic Center
1201 West Peachtree St., N.W., No. 2800
Atlanta, GA 30309
Tel: (404) 736-7800
Email: delia.frazier@dlapiper.com
**Attorneys for Defendants**

Christopher Thomas Byrd
Weinberg Wheeler Hudgins Gunn &
Dial, LLC-Atl
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
404-876-2700
Fax: 404-875-9433
Email: cbyrd@wwhgd.com
**Attorneys for Defendants**

Emily Marie Adams
Weinberg, Wheeler, Hudgins, Gunn &
Dial, LLC
3344 Peachtree Road, N.E., Suite 2400
Atlanta, GA 30326
404-876-2700
Email: eadams@wwhgd.com
**Attorneys for Defendants**

Patrick B. Moore
Weinberg Wheeler Hudgins Gunn &
Dial, LLC-Atl
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA 30326
404-876-2700
Fax: 404.875.9433
Email: pmoore@wwhgd.com
**Attorneys for Defendants**

Shubhra R. Mashelkar
Weinberg Wheeler Hudgins Gunn & Dial,
LLC
3344 Peachtree Road, N.E., No. 2400
Atlanta, GA 30326
Tel: (404) 876-2700
Email: smashelkar@wwhgd.com
**Attorneys for Defendants**

**Served Defendant via First Class Mail**

42 Hotel Cumberland LLC
2775 Cumberland Pkwy SE
Atlanta, Georgia 30339

Encore Cumberland LLC
3290 Cobb Galleria Pkwy
Atlanta, GA 30339

Hilton Domestic Operating Company, Inc.
7930 Jones Branch Drive Suite 1100
McLean, VA 22102

Hilton Franchise Holdings, LLC
7930 Jones Branch Drive Suite 1100
McLean, VA 22102

Kuzzins Buford LLC
40 Technology Parkway South, Suite 300
Ben Hill, GA 30092

Microtel Inns & Suites Franchising, Inc.
c/o Wyndam Worldwide
22 Sylvan Way, Parsippany, NJ 07054

RRI III, LLC
5847 San Felipe Street
Houston, TX 77057

Wyndham Hotels & Resorts, Inc.
22 Sylvan Way
Parsippany, NJ 07054

**L.W. v. Hilton Worldwide Holdings, Inc. et al.**
**Southern District of Texas, Civil Action No. 4:19-cv-04172**

**Served via E-mail**
Edward Blizzard
Blizzard Law, PLLC
5020 Montrose Boulevard, No. 410
Houston, TX 77006
Tel: (713) 844-3750
Email: eblizzard@blizzardlaw.com
**Attorneys for Plaintiff, L.W.**

Anna Blizzard Greenberg
Blizzard Law PLLC
5020 Montrose Boulevard, No. 410
Houston, TX 77006
Tel: (713) 844-3750
Email: agreenberg@blizzardlaw.com
**Attorneys for Plaintiff, L.W.**

Nicole Marie Perry
Jones Day
717 Texas Ave
Suite 3300
Houston, TX 77002
832-239-3791
Fax: 832-239-3636
Email: nmperry@jonesday.com
**Attorneys for Defendants Hilton**
**Worldwide Holdings, Inc. and Hilton**
**Management LLC**

David S Smith
Jones Day
717 Texas Ave., Ste 3300
Houston, TX 77002
832-239-3939
Fax: 832-239-3600
Email: dssmith@jonesday.com
**Attorneys for Defendants Hilton Worldwide Holdings, Inc Attorneys for Defendants Hilton Worldwide Holdings, Inc. and Hilton Management LLC**
**.**


**H.M. v. Wyndham Hotels & Resorts, Inc. et al.**
**Northern District of Georgia, Civil Action No. 1:19-cv-04859**


**Served via E-mail**

Jennifer M. Hoekstra
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, No. 200
Pensacola, FL 32502
Tel: (850) 202-1010
Email: JHoekstra@awkolaw.com
**Attorneys for Plaintiff, H.M.**

Neil Overholtz
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, No. 200
Pensacola, FL 32502
Tel: (850) 202-1010
Email: NOverholtz@awkolaw.com
**Attorneys for Plaintiff, H.M.**

John T. Mitchell , Jr.
Office of John T. Mitchell, Jr.
3646 Vineville Ave.
Macon, GA 31204
478-477-8485
Email: 2questions@bellsouth.net
**Attorneys for Plaintiff, H.M.**


**Served Defendant via First Class Mail**

Wyndham Hotels & Resorts, Inc.
Registered Agent:
Corporate Creations Network, Inc.
Tatnall Building - Suite No. 104
Wilmington, DE 19810

Red Lion Hotels Corporation
Registered Agent:
Corporate Creations Network, Inc.
2985 Gordy Parkway
Marietta, GA 30006

**S.J. v. Choice Hotels Corporation et al.**
**Eastern District of New York, Civil Action No. 1:19-cv-06071**

<u>**Served via E-mail**</u>
Michael A London
Douglas & London
59 Maiden Lane. Floor No. 6
New York, NY 10038
Tel: (212) 566-7500
Email: mlondon@douglasandlondon.com
**Attorneys for Plaintiff, S.J.**

Jennifer Anne Casey
Ahmuty, Demers & McManus
200 IU Willets Road
Albertson, NY 11507
(516)535-2425
Fax: (516)294-5387
Email: jennifer.casey@admlaw.com
**Attorneys for Defendants Choice Hotels**
**Corporation and Choice Hotels**
**International, Inc.**

Edwin R. Cortes
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
212-335-4500
Email: Edwin.Cortes@us.dlapiper.com
**Attorneys for Defendants Wyndham**
**Hotels & Resorts, LLC and Wyndham**
**Hotels and Resorts, LLC.**

**A.C. v. Red Roof Inns, Inc. et al.**
**Southern District of Ohio, Civil Action No. 2:19-cv-04965**

<u>Served via E-mail</u>
Steven Charles Babin , Jr.
Babin Law, LLC
1320 Dublin Road, No. 100
Columbus, OH 43215
Tel: (614) 384-7035
Email: steven.babin@babinlaws.com
**Attorneys for Plaintiff, A.C.**

<u>Served Defendant via First Class Mail</u>
Red Roof Inns, Inc.
Registered Agent:
Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

Wyndham Hotels & Resorts, LLC
Registered Agent:
Corporate Creations Network, Inc.
Tatnall Building - Suite No. 104
Wilmington, DE 19810

Choice Hotels International, Inc.
Registered Agent:
United States Corporation Company
50 West Broad Street, Suite No. 1330
Columbus, OH 43215


**A.D. v.  Wyndham Hotels & Resorts, Inc.**
**Eastern District of Virginia, Civil Action No. 4:19-cv-00120**

<u>Served via E-mail</u>
Michael G. Phelan
Brielle M. Hunt
PHELAN PETTY, PLC
6641 West Broad Street, Suite No. 406
Richmond, VA 23230
Tel: (804) 980-7100
Email: mphelan@phelanpetty.com
Email: bhunt@phelanpetty.com
**Attorneys for Plaintiff, A.D.**

**Served Defendant via First Class Mail**
Wyndham Hotels & Resorts, Inc.
Registered Agent:
Corporate Creations Network, Inc.
Tatnall Building - Suite No. 104
Wilmington, DE 19810

**M.L. v. Craigslist Inc et al**
**Western District of Washington (Tacoma), Civil Action No.: 3:19-cv-06153**

**Served via E-mail**
Erik L Bauer
THE LAW OFFICE OF ERIK BAUER
215 TACOMA AVE S
TACOMA, WA 98402
253-383-2000
Fax: FAX 1-253-383-0154
Email: erik@erikbauerlaw.com
**Attorneys for Plaintiff, M.L.**

Avi J. Lipman
MCNAUL EBEL NAWROT &
HELGREN PLLC
600 UNIVERSITY ST
STE 2700
SEATTLE, WA 98101-3143
206-467-1816
Email: alipman@mcnaul.com
**Attorney for Defendant Craigslist**

Christina P Teeter
LATHAM & WATKINS (SF)
505 MONTGOMERY ST
STE 2000
SAN FRANCISCO, CA 94111
415-395-8897
Email: christina.teeter@lw.com
**Attorneys for Defendants G6 Hospitality**
**LLC and Wyndham Hotels and Resorts**
**Inc.**

Robert M Sulkin
MCNAUL EBEL NAWROT &
HELGREN PLLC
600 UNIVERSITY ST
STE 2700
SEATTLE, WA 98101-3143
206-467-1816
Fax: 206-624-5128
Email: rsulkin@mcnaul.com
**Attorney for Defendant Craigslist**

Perry J Viscounty
LATHAM & WATKINS (COSTA MESA)
650 TOWN CENTER DRIVE
20TH FLOOR
COSTA MESA, CA 92626-1925
714-540-1235
Email: perry.viscounty@lw.com
**Attorneys for Defendants G6 Hospitality**
**LLC and Wyndham Hotels and Resorts**
**Inc.**

Roman Martinez
LATHAM & WATKINS (DC)
555 ELEVENTH STREET NW
STE 1000
WASHINGTON, DC 20004-1304
202-637-2200
Email: roman.martinez@lw.com
**Attorneys for Defendants G6 Hospitality**
**LLC and Wyndham Hotels and Resorts**
**Inc.**

Thomas Edward Gates
GATES' LAW PLLC
18010 SOUTHCENTER PARKWAY
TUKWILA, WA 98188-4630
253-332-7899
Email: tegates@gates-law.com
**Attorney for Defendant Sea Tac Hotels**
**LLC**

Dawna J Campbell
FALLON MCKINLEY PLLC
155 NE 100TH STREET STE 401
SEATTLE, WA 98125
206-682-7580
Fax: FAX 682-3437
Email: dcampbell@fallonmckinley.com
**Attorney for Defendant 2005 Investors**
**LLC**

**C.T. v. Red Roof Inns, Inc. et al**
**Southern District of Ohio (Columbus), Civil Action No.: 2:19-cv-05384**

**Served via E-mail**
Steven Charles Babin, Jr.
Babin Law, LLC
1320 Dublin Road, #100
Columbus, OH 43215
614-384-7035
Email: steven.babin@babinlaws.com
**Attorney for Plaintiff C.T.**

**Served Defendant via First Class Mail**
Red Roof Inns, Inc.
Registered Agent:
Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

Wyndham Hotels and Resorts, Inc.
Registered Agent:
Corporate Creations Network, Inc.
Tatnall Building - Suite No. 104
Wilmington, DE 19810

Best Western International, Inc.
The Prentice-Hall Corporation System, Inc.
50 West Broad Street, Suite 1330
Columbus, OH 43215

La Quinta Holdings, Inc.
Registered Agent:
Corporate Creations Network, Inc.
Tatnall Building - Suite No. 104
Wilmington, DE 19810

**A.B. v. Hilton Worldwide Holdings, Inc. et al**
**District of Oregon (Portland), Civil Action No.: 3:19-cv-01992**

**Served Via E-mail**
Joel Shapiro
Law Office of Joel Shapiro, LLC
1312 SW 16th Ave, 2nd Floor
Portland
Portland, OR 97201
503-224-5950
Fax: 503-467-4669
Email: joel@joelshapirolaw.com
**Attorney for Plaintiff A.B.**

**Served Defendant via First Class Mail**

Hilton Worldwide Holdings, Inc.
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Wyndham Hotels and Resorts, Inc.
Registered Agent:
Corporate Creations Network, Inc.
Tatnall Building - Suite No. 104
Wilmington, DE 19810

Marriot International, Inc.
Registered Agent:
CT Corporation System
780 Commercial Street SE, Suite No. 100
Salem, OR 97301

Extended Stay America, Inc.
Registered Agent:
CT Corporation System
505 Union Avenue SE, Suite No. 120
Olympia, WA 98501

Choice Hotels Corporation
Registered Agent:
United States Corporation Company
50 West Broad Street, Suite No. 1330
Columbus, OH 43215

Red Lion Hotels Corporation
Registered Agent:
Corporate Creations
5708 SE 136th Avenue, Suite No. 2
Portland, OR 97236

**A.B. Marriott International Inc.**
**District of Pennsylvania, Civil Action No.: 19 cv. 5770**

**Served via E-mail**
Jerry Kristal
Weitz & Luxenberg, P.C.
220 Lake Drive East
Suite 210
Cherry Hill, NJ  08002
856-406-3999
E-mail jkristal@weitzlux.com
**Attorney for Plaintiff A.B.**

**<u>Served Defendant via First Class Mail</u>**
Marriot International, Inc.
10400 Fernwood Road
Bethesda, MD 20817

**V.G. vs. G6 Hospitality LLC**
**Northern District of New York, Civil Action 1:19-cv-1520**

Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5549
E-mail:  ppennock@weitzlux.com
**Attorney for Plaintiff V.G.**


**Served Defendant via First Class Mail**
G6 Hospitality LLC
4001 International Parkway
Carrollton, TX 75007




**H.G. vs. Inter-Continental Hotels Corporation**
**Eastern District of Michigan, Civil Action No. 2:19-cv-13622**

Tiffany R. Ellis
Weitz & Luxenberg, P.C.
The Fisher Building
3011 W. Grand Boulevard, Suite 2150
Detroit, MI 48203
Tel: (313) 315-3151
tellis@weitzlux.com
E-mail: **Attorney for Plaintiff H.G.**

**Served Defendant via First Class Mail**
Inter-Continental Hotels Corporation
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Marriot International, Inc.
10400 Fernwood Road
Bethesda, MD 20817

**K.B. vs. Unter-Continental Hotels Corporation**
**District of New Hampshire, Civil Action No.: 1:19-cv-0123**

<u>Served via E-mail</u>
Michael P. Rainboth, Esq.
Coughlin, Rainboth, Murphy & Lown, P.A.
439 Middle Street
Portsmouth, NH  03801
Ph. (603) 431-1993
mrainboth@nhtrialattorneys.com
**Attorney for Plaintiff K.B.**

<u>Served Defendant via First Class Mail</u>

Inter-Continental Hotels Corporation
Registered Agent:
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808

Wyndham Hotels and Resorts, Inc.
Registered Agent:
Corporate Creations Network, Inc.
Tatnall Building - Suite No. 104
Wilmington, DE 19810

Best Western International, Inc.
Registered Agent:
Corporation Service Company
10 Ferry Street, S313
Concord, NH 03301

Marriot International, Inc.
Registered Agent:
CT Corporation System
2 ½ Beacon Street
Concord, NH 03301

Dated: December 11, 2019

Respectfully Submitted,

/s/Paul J. Pennock
Paul J. Pennock
Weitz & Luxenberg, P.C.
700 Broadway
New York, New York 10003
Telephone: (212) 558-5549
Facsimile: (212) 344-5461
ppennock@weitzlux.com